**Electronically Filed
Supreme Court
SCWC-23-0000095
03-MAR-2026
09:09 AM
Dkt. 9 ODAC**

SCWC-23-0000095

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

PETER TAISIPIC IRIARTE,
Respondent/Plaintiff-Appellee,

vs.

MATTHEW REYES,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000095; CIVIL NO. 1DRC-22-0004895)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Kubota, assigned by reason of vacancy)

The application for writ of certiorari filed on January 20, 2026, by Petitioner/Defendant-Appellant Matthew Reyes is hereby rejected.

DATED: Honolulu, Hawai'i, March 3, 2026.

/s/ Sabrina S. McKenna
/s/ Todd W. Eddins
/s/ Lisa M. Ginoza
/s/ Vladimir P. Devens
/s/ Peter K. Kubota

